AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| DOMINIQUE DEMONCHAUX | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10 CIV 4491 (DAB) |
| UNITEDHEALTHCARE OXFORD et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

defendants.

Date:   08/04/2010

s/
*Attorney's signature*

Michael H. Bernstein (MB 0579)
*Printed name and bar number*

Sedgwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004
*Address*

michael.bernstein@sdma.com
*E-mail address*

(212) 422-0202
*Telephone number*

(212) 422-0925
*FAX number*

# CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via ECF and Regular Mail on this 4th day of August, 2010, upon the following:

| | |
|---|---|
| Scott M. Riemer, Esq. | Lisa S. Kantor, Esq. |
| Riemer & Associates | Kantor & Kantor, LLP |
| 60 East 42nd Street, Suite 1750 | 19839 Nordhoff Street |
| New York, NY 10165 | Northridge, CA 91324 |

s/Michael H. Bernstein
Michael H. Bernstein (MB 0579)

Dated:   New York, New York
         August 4, 2010