RIEMER & ASSOCIATES, LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

LISA S. KANTOR, ESQ.
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DOMINIQUE DEMONCHAUX,           )     No. 10 CV 4491 (DAB)
                                )
                 Plaintiff,     )     MOTION TO ADMIT
                                )     COUNSEL PRO HAC VICE
        v.                      )
                                )
UNITEDHEALTHCARE OXFORD AND     )
OCFORD HEALTH PLANS (NY), INC., )
                                )
                 Defendants.    )
-----------------------------------------------------------x

PURUSANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Scott M. Riemer, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

LISA S. KANTOR, ESQ.
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
Tel: (818) 886-2525
Fax: (818) 350-6272

Lisa S. Kantor is a member of good standing of the Bar of California. There are no pending disciplinary proceedings against Lisa S. Kantor in any State or Federal Court.

Dated:  New York, New York
     August 23, 2010

            Respectfully submitted,

            RIEMER & ASSOCIATES, LLC
            Attorneys for Plaintiff
            Office and Post Office Address
            60 East 42nd Street, Suite 1750
            New York, New York 10165
            (212) 297-0700

            By: _____
              Scott M. Riemer (SR5005)

RIEMER & ASSOCIATES, LLC
Attorneys for Plaintiff
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
DOMINIQUE DEMONCHAUX,                )    No. 10 CV 4491 (DAB)
                                     )
            Plaintiff,               )    AFFIRMATION OF
                                     )    SCOTT M RIEMER
        v.                           )    IN SUPPORT OF MOTION
                                     )    TO ADMIT COUNSEL
UNITEDHEALTHCARE OXFORD AND          )    PRO HAC VICE
OCFORD HEALTH PLANS (NY), INC.,      )
                                     )
            Defendants.              )
-----------------------------------------------------------x

SCOTT M. RIEMER, an attorney duly admitted to practice in this Court, does hereby affirm to be true under the penalties of perjury as follows:

1. I am counsel for Plaintiff Dominique Demonchaux in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Lisa S. Kantor as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Lisa S. Kantor since May 2004.

4. Ms. Kantor is an attorney in Northridge, California.

5. I have found Ms. Kantor to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Lisa S. Kantor, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Lisa S. Kantor, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Lisa S. Kantor, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: New York, New York
       August 23, 2010

_____
SCOTT M. RIEMER (SR5005)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DOMINIQUE DEMONCHAUX,                    )   No. 10 CV 4491 (DAB)
                                         )
                Plaintiff,               )   ORDER FOR ADMISSION
                                         )   PRO HAC VICE
        v.                               )   ON WRITTEN MOTION
                                         )
UNITEDHEALTHCARE OXFORD AND              )
OCFORD HEALTH PLANS (NY), INC.,          )
                                         )
                Defendants.              )
-----------------------------------------------------------x
```

Upon the motion of Scott M. Riemer, attorney for Plaintiff Dominque Demonchaux and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    LISA S. KANTOR, ESQ.
    KANTOR & KANTOR LLP
    19839 Nordhoff Street
    Northridge, California 91324
    Tel: (818) 886-2525
    Fax: (818) 350-6272
    lkantor@kantorlaw.net

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject of the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, all counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____
    New York, New York

                                            _____
                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DOMINIQUE DEMONCHAUX,                )     No. 10 CV 4491 (DAB)
                                     )
            Plaintiff,               )     AFFIDAVIT OF
                                     )     LISA S. KANTOR
      v.                             )     IN SUPPORT OF MOTION
                                     )     TO ADMIT COUNSEL
UNITEDHEALTHCARE OXFORD AND          )     PRO HAC VICE
OCFORD HEALTH PLANS (NY), INC.,      )
                                     )
            Defendants.              )
------------------------------------------------------------x

State of New York    )
                     ) ss:
County of New York   )

      LISA S. KANTOR being duly sworn, hereby deposes and says as follows:

    1.    I am a partner in the law firm of Kantor & Kantor, LLP.
    2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.
    3.    As shown in the Certificate of good Standing annexed hereto I am a member in good standing of the Bar of the State of California.
    4.    There are no pending disciplinary proceedings against me in any State or Federal courts.
    5.    Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiff Dominique Demonchaux.

                                                                         Respectfully submitted,

                                                                         */s/ Lisa S. Kantor*
                                                                         Lisa S. Kantor, Esq.
                                                                         Kantor & Kantor, LLP
                                                                         19839 Nordhoff Street
                                                                         Northridge, California 91324
                                                                         lkantor@kantorlaw.net
                                                                         (818) 886-2525

Dated: August 23, 2010

_____
SCOTT M. RIEMER (SR5005)

| | | |
|---|---|---|
| | THE STATE BAR<br>OF CALIFORNIA | MEMBER SERVICES CENTER |
| | 180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639 | TELEPHONE: 888-800-3400 |

# CERTIFICATE OF STANDING

August 10, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LISA S. KATZ, #110678 was admitted to the practice of law in this state by the Supreme Court of California on December 12, 1983; that at her request, on February 7, 1986, her name was changed to LISA S. KANTOR on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records

CERTIFICATE OF SERVICE

I hereby certify that this office represents the Plaintiff and that on August 5, 2010, I caused to be served by first class mail a true and correct copy of the Motion for Admission Pro Vac Hice, an Affirmation from Scott M. Riemer, Affirmation from Lisa S. Kantor, Certificate of Admission to the Bar of California, and a proposed Order for Admission Pro Hac Vice on Written Motion, to the following:

TO: Michael H. Bernstein, Esq.
Sedgwick, Detert, Moran & Arnold
125 Broad Street
39th Floor
New York NY 10004-2400
(212) 898-4011

Dated: New York, New York
August 23, 2010

_____
Scott M. Riemer (SR5005)
Riemer & Associates, LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700