```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/08/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DOMINIQUE DEMONCHAUX,                )
                                     )
                Plaintiff,           )        ORDER FOR ADMISSION
                                     )        PRO HAC VICE
        v.                           )        ON WRITTEN MOTION
                                     )
UNITEDHEALTHCARE OXFORD AND          )
OCFORD HEALTH PLANS (NY), INC.,      )
                                     )
                Defendants.          )
-----------------------------------------------------------x

        Upon the motion of Scott M. Riemer, attorney for Plaintiff Dominque Demonchaux and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        LISA S. KANTOR, ESQ.
        KANTOR & KANTOR LLP
        19839 Nordhoff Street
        Northridge, California 91324
        Tel: (818) 886-2525
        Fax: (818) 350-6272
        lkantor@kantorlaw.net

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject of the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, all counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: September 8, 2010
       New York, New York

                                        _____
                                        Deborah A. Batts
                                        United States District Judge