**MEMO ENDORSED**

# Sedgwick
DETERT, MORAN & ARNOLD LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

www.sdma.com   212.422.0202 *phone*   212.422.0925 *fax*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/10/11

(212) 898-4011
michael.bernstein@sdma.com

March 9, 2011

*Via Email*
Hon. Deborah A. Batts
United States District Court Judge
United States District Court For The
Southern District Of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Dominique Demonchaux v. United Healthcare Oxford et al.*
   Civ. Act. No. 10 Civ. 4491 (DAB)
   File No.: 03246-000087

**MEMO ENDORSED**

Dear Judge Batts

This office represents the Defendant Oxford Health Plans (NY), Inc. ("Oxford") individually and s/h/a Unitedhealthcare Oxford. We respectfully request a thirty-day extension of the discovery schedule in this matter to close discovery on April 18, 2011 and a corresponding extension of time to file motions for summary judgment to May 20, 2011.

Plaintiff consents to the request. This is the first request for an extension of time to complete discovery. The reason for the request is that the parties have been engaged in settlement discussions.

Thank you for your consideration of this matter.

Respectfully submitted,

s/

Michael H. Bernstein
Sedgwick, Detert, Moran & Arnold LLP

cc: Lisa S. Kantor, Esq. (via email)
   Scott M. Riemer, Esq. (via email)

NY/657130v1

*Handwritten endorsement:* Granted. Parties shall actually engage in settlement discussions. DAB 03/10/11

**MEMO ENDORSED**

**SO ORDERED**

*/s/ Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
March 10, 2011