UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Demonchaux
        Plaintiff,

    - v -

United Healthcare Oxford et al.,
        Defendants.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/14/11
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10 Civ. 4491 (DAB)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:*
Ref April 13 letter (motion to quash);
Plaintiff informed to formulate response.

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion: _____
    All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
            April 14, 2011

*Deborah A. Batts*
United States District Judge