```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DOMINIQUE DEMONCHAUX              :
            Plaintiff,            :      ORDER
                                  :
        -against-                 :      10 Civ. 4491 (DAB) (MHD)
                                  :
UNITEDHEALTHCARE OXFORD and       :
OXFORD HEALTH PLANS (NY), INC.,   :
                                  :
            Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **FRIDAY, APRIL 22, 2011 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York
April 15, 2011**

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Scott Madison Riemer, Esq.
Riemer & Associates, L.L.C.
60 East 42nd Street
Suite 1750
New York, NY 10165
212-297-0700
Fax: 212-297-0730

Lisa S. Kantor, Esq.
Kantor & Kantor LLP
19839 Nordhoff Street
Northridge, CA 91324
(818)-886-2525
Fax: (818)-350-6276

John T. Seybert, Esq.
Michael H. Bernstein, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004
212-898-4028
Fax: 212-422-0925