# KANTOR & KANTOR, LLP
### ATTORNEYS AT LAW

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 4/21/11*

19839 NORDHOFF STREET
NORTHRIDGE, CA 91324
TEL: (818) 886-2525
FAX: (818) 350-6272
lkantor@kantorlaw.net

April 21, 2011

APR 21 2011

**Via Facsimile (212) 805-7928**
Honorable Michael H. Dolinger
United States District Court For The
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Dominique Demonchaux v. United Healthcare Oxford and Oxford Health Plans (NY)
Civ. Act. No.:10-CV-4491 (DAB)

Dear Judge Dolinger:

Please allow this letter to serve as a request to appear telephonically at the scheduled Conference that is now on calendar for Friday, April 22, 2011, at 2:00 p.m. EST.

Please be advised that our co-counsel, Scott M. Riemer, will personally appear at this conference; however, I am unable to be there personally.

I look forward to your immediate response and/or order to this request.

Respectfully submitted,

Lisa S. Kantor

cc:
Scott Riemer (Via Email)
Michael Bernstein (Via Email)
John Seybert (Via Email)
Edward Roggenkamp, Law Clerk (Via Email)

ENDORSED ORDER
---
The court will conduct this conference on an in-person basis. Plaintiff is free to rely on local counsel for that purpose.

/s/ MHD
4/21/11