UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DOMINIQUE DEMONCHAUX     Plaintiff,         Case No.  10-civ-4491 (DAB)

      -against-

UNITEDHEALTHCARE OXFORD
et. al.                                  Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Michael H. Bernstein_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB 0579     My State Bar Number is 2104347

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME:  Sedgwick, Detert, Moran and Arnold LLP
            FIRM ADDRESS:  125 Broad Street, 39th Floor New York, NY 10004
            FIRM TELEPHONE NUMBER:  212-422-0202
            FIRM FAX NUMBER:  212-422-0925

NEW FIRM:   FIRM NAME:  Sedgwick LLP
            FIRM ADDRESS:  125 Broad Street, 39th Floor New York, NY 10004
            FIRM TELEPHONE NUMBER:  212-422-0202
            FIRM FAX NUMBER:  212-422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011                    s/_____
                                         ATTORNEY'S SIGNATURE

**CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 29th day of April, 2011, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 10165

Lisa S. Kantor, Esq.
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324

s/
Michael H. Bernstein (MB 0579)

Dated:   New York, New York
         April 29, 2011

1