UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOMINIQUE DEMONCHAUX,   Civ. Act. No.: 10 CIV. 4491 (DAB)

                Plaintiff,

   -against-   **AMENDED CERTIFICATE OF SERVICE**

UNITEDHEALTHCARE OXFORD AND
OXFORD HEALTH PLANS (NY), INC.,

                Defendants.
----------------------------------------------------------------X

      I, MICHAEL H. BERNSTEIN, hereby certify that a true and correct copy of the attached NOTICE OF CHANGE OF FIRM NAME was served by regular mail on April 29, 2011, and ECF on May 4, 2011, upon the following:

        Scott M. Riemer (SR5005)
        sriemer@riemerlawfirm.com
        RIEMER & ASSOCIATES, LLC
        60 East 42nd Street, Suite 1750
        New York, NY 10165
        Telephone: (212) 297-0700
        Facsimile:  (212) 297-0730

        Lisa S. Kantor, Esq. (State Bar No. 110678)
        lkantor@kantorlaw.net
        KANTOR & KANTOR, LLP
        19839 Nordhoff Street
        Northridge, CA 91324
        Telephone: (818) 886-2525
        Facsimile:  (818) 350-6272

        ***Attorneys for Plaintiff***
        *DOMINIQUE DEMONCHAUX*

Dated:   New York, New York
         May 5, 2011

        Yours, etc.,

        _s/_____
MICHAEL H. BERNSTEIN (MB 0579)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile:  (212) 422-0925
(SDMA File No. 3246-000087)
**Attorneys for Defendant**
Oxford Health Plans (NY), Inc.
s/h/a Unitedhealthcare Oxford

## **CERTIFICATE OF SERVICE**

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **AMENDED CERTIFICATE OF SERVICE** (on behalf of Oxford) was served **by ECF** on May 5, 2011, upon the following:

>Scott M. Riemer (SR5005)
>sriemer@riemerlawfirm.com
>RIEMER & ASSOCIATES, LLC
>60 East 42nd Street, Suite 1750
>New York, NY 10165
>Telephone: (212) 297-0700
>Facsimile:  (212) 297-0730
>
>Lisa S. Kantor, Esq. (State Bar No. 110678)
>lkantor@kantorlaw.net
>KANTOR & KANTOR, LLP
>19839 Nordhoff Street
>Northridge, CA 91324
>Telephone: (818) 886-2525
>Facsimile:  (818) 350-6272
>
>***Attorneys for Plaintiff***
>*DOMINIQUE DEMONCHAUX*

Dated: New York, New York
       May 5, 2011

                                  s/_____
                                  MICHAEL H. BERNSTEIN (MB 0579)