UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

DOMINIQUE DEMONCHAUX      Plaintiff,

-against-

UNITEDHEALTHCARE OXFORD et. al.      Defendant.
------------------------------------------------------

Case No. 10-civ-4491 (DAB)

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending          ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JS 5014          My State Bar Number is 3012705

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick, Detert, Moran and Arnold LLP
            FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 125 Broad Street, 39th Floor New York, NY 10004
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 29, 2011                    s/_____
                                         ATTORNEY'S SIGNATURE

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via Regular Mail on April 29, 2011 and ECF on 25th day of May, 2011, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 10165

Lisa S. Kantor, Esq.
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324

s/
John T. Seybert (JS 5014)

Dated:   New York, New York
         May 25, 2011

1

NY/698631v1