USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/11/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DOMINIQUE DEMONCHAUX,

                Plaintiff,

    -against-                              10 Civ. 4491 (DAB)
                                           ORDER

UNITEDHEALTHCARE OXFORD, et al.,

                Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of and has reviewed Defendants' letters dated May 11 and 31, 2011 and Plaintiff's letter dated May 27, 2011. The Court hereby grants Defendants' request to file a summary judgment motion against Plaintiff.

Defendants shall file and serve their moving papers within 45 days of the date of this Order. Plaintiff shall respond within 30 days of being served with Defendants' moving papers; and Defendants may reply within 10 days of being served with Plaintiff's response, at which time the motion will be fully-submitted.

SO ORDERED.

DATED:   New York, New York
         July 11, 2011

                                           *Deborah A. Batts* (signature)
                                           Deborah A. Batts
                                           United States District Judge