**MEMO ENDORSED**

ATTORNEYS AT LAW

# Sedgwick LLP

125 BROAD STREET, 39TH FLOOR   NEW YORK, NY 10004-2400

*www.sedgwicklaw.com*   212.422.0202 *phone*   212.422.0925 *fax*

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____             │
│ DATE FILED: 08/26/11        │
└─────────────────────────────┘
```

*(212) 898-4011*
*michael.bernstein@sdma.com*

August 23, 2011

*Via E-mail (Bill_Delaney@nysd.uscourts.gov)*
Hon. Deborah A. Batts
United States District Court Judge
United States District Court For The Southern
District Of New York
500 Pearl St.
New York, NY 10007-1312

**RECEIVED**
AUG 25 2011
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re: *Dominique Demonchaux* v. *United Healthcare et al.*
      Civ. Act. No. 10 Civ. 4491 (DAB)
      File No.: 03246-000087

Dear Judge Batts:

      This office represents the Defendant Oxford Health Plans (NY), Inc. ("Oxford") individually and s/h/a Unitedhealthcare Oxford. We write to request a one-week extension of the time for Oxford to file its motion for summary judgment.

      This is the first request for an extension of time. The reason for this request is that summer vacation schedules have interfered with our ability to locate a witness to sign the requisite Declaration in support of Oxford's motion to introduce the governing ERISA plan documents and administrative claim file pertaining to plaintiff's benefit claim, which forms the basis for this lawsuit. Plaintiff consents to the requested extension of time. **MEMO ENDORSED**

(granted
DAB
08/26/11)

If the court approves this request, the new briefing schedule will be as follows:

|  | Original Date | Adjourned Dated |
|---|---|---|
| Last day for Defendant to file its motion for summary judgment | August 25, 2011 | September 1, 2011 |
| Last day for Plaintiff to file opposition to motion for summary judgment | September 26, 2011 | October 4, 2011 |
| Last day for Defendant to file reply on motion for summary judgment | October 6, 2011 | October 14, 2011 |

**SO ORDERED**

NY/750570v1

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE Aug 26, 2011

MEMO ENDORSED