UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DOMINIQUE DEMONCHAUX,   Civ. Act. No.:  10 CIV. 4491 (DAB)

                Plaintiff,

     -against-   **NOTICE OF MOTION**

**ORAL ARGUMENT**
UNITEDHEALTHCARE OXFORD AND   **REQUESTED**
OXFORD HEALTH PLANS (NY), INC.,

                               DOCUMENT ELECTRONICALLY
              Defendants.   FILED
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Declaration of Rodney Lippold dated August 31, 2011, and the exhibits annexed thereto, the Declaration of Shelley Lacroix dated August 26, 2011, and the exhibit annexed thereto, the Declaration of Venice Scott dated September 1, 2001, and the exhibit annexed thereto, the Declaration of Michael H. Bernstein, Esq., dated September 1, 2011, and the exhibits annexed thereto, the Rule 56.1 Statement of Material Facts, and Memorandum of Law in support, all simultaneously submitted herewith, Defendant, OXFORD HEALTH PLANS (NY), INC. ("Oxford"), s/h/a Unitedhealthcare Oxford, by its attorneys, Sedgwick LLP, will move this Court, on a date and at a time set by the Court, before the Hon. Deborah A. Batts, U.S.D.J., at the United States District Courthouse for the Southern District Of New York, 500 Pearl Street, New York, New York 10007-1312 for an Order pursuant to Rule 56, FED. R. CIV. PROC., granting summary judgment dismissing plaintiff's Complaint, which seeks relief under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*, with prejudice, on the grounds that Oxford's determination that plaintiff's inpatient treatment was no longer "Medically Necessary" under the governing ERISA plan was not arbitrary and capricious and for such other and further relief this Court deems just and proper.

NY/749284v1

Dated:   New York, New York
         September 1, 2011

                                              Yours, etc.,

                                              _s/_____
                                              MICHAEL H. BERNSTEIN (MB 0579)
                                              JOHN T. SEYBERT (JS 5014)
                                              BETSY D. BAYDALA (BB 5165)
                                              SEDGWICK LLP
                                              125 Broad Street, 39th Floor
                                              New York, New York 10004-2400
                                              Telephone: (212) 422-0202
                                              Facsimile:  (212) 422-0925
                                              (SDMA File No. 03246-000087)
                                              **_Attorneys for Defendant_**
                                              Oxford Health Plans (NY), Inc.
                                              s/h/a Unitedhealthcare Oxford

TO:
Scott M. Riemer (SR5005)
sriemer@riemerlawfirm.com
RIEMER & ASSOCIATES, LLC
60 East 42nd Street, Suite 1750
New York, NY 10165
Telephone: (212) 297-0700
Facsimile:  (212) 297-0730

Lisa S. Kantor, Esq. (State Bar No. 110678)
lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

**_Attorneys for Plaintiff_**
_DOMINIQUE DEMONCHAUX_

## **CERTIFICATE OF SERVICE**

I, BETSY D. BAYDALA, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF MOTION** was served via **ECF and regular mail** on September 1, 2011 upon the following:

Scott M. Riemer (SR5005)
sriemer@riemerlawfirm.com
RIEMER & ASSOCIATES, LLC
60 East 42nd Street, Suite 1750
New York, NY 10165
Telephone: (212) 297-0700
Facsimile:  (212) 297-0730

Lisa S. Kantor, Esq. (State Bar No. 110678)
lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

*Attorneys for Plaintiff*
*DOMINIQUE DEMONCHAUX*

Dated:   New York, New York
         September 1, 2011

                                   s/
                                   BETSY D. BAYDALA (BB 5165)