UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINIQUE DEMONCHAUX,

                Plaintiff,

     -against-

UNITEDHEALTHCARE OXFORD AND
OXFORD HEALTH PLANS (NY), INC.,

                Defendants.
------------------------------------------------------------X

Civ. Act. No.:  10 CIV. 4491 (DAB)

**DECLARATION OF
RODNEY LIPPOLD**

**DOCUMENT
ELECTRONICALLY FILED**

      RODNEY LIPPOLD, pursuant to 28 U.S.C. §1746(2), declares under penalty of perjury the following:

      1.    I am an employee of United HealthCare Services, Inc. as the Director of Enrollment. As part of my duties, I am responsible for group enrollment and member enrollment for employer groups of 1-99 employees in size for United HealthCare, Inc.'s affiliates, including the defendant UnitedHealthCare Oxford sued herein as Oxford Health Plans (NY), Inc. ("Oxford"). As Director of Enrollment, I review the records related to group enrollment regularly created and maintained by Oxford in the regular course and scope of its business. As such, I am personally familiar with the pertinent facts raised by plaintiff's motion based on my experience in this position and my review of Oxford's records.

      2.    This Declaration is respectfully submitted in support of Oxford's motion for summary judgment.

      3.    Annexed hereto as **Exhibit "A"** are true and correct copies of Oxford's Certificate of Insurance, Bates Stamped DEMONCHAUX 000001 to DEMONCHAUX 000156.

NY/749385v1

4. Annexed hereto as **Exhibit "B"** are true and correct copies of Plaintiff's proof of continuation of enrollment in Oxford's Group Health Plan Coverage through COBRA, Bates Stamped DEMONCHAUX 000157 to DEMONCHAUX 000165.

Dated: August 31, 2011

I declare under penalty of perjury that the foregoing is true and correct.

_____
RODNEY LIPPOLD

## **CERTIFICATE OF SERVICE**

I, BETSY D. BAYDALA, hereby certify and affirm that a true and correct copy of the attached **DECLARATION OF RODNEY LIPPOLD** was served **via ECF and regular mail** on this 1st day of September, 2011, upon the following:

>Scott M. Riemer (SR5005)
>sriemer@riemerlawfirm.com
>RIEMER & ASSOCIATES, LLC
>60 East 42nd Street, Suite 1750
>New York, NY 10165
>Telephone: (212) 297-0700
>Facsimile: (212) 297-0730

>Lisa S. Kantor, Esq. (State Bar No. 110678)
>lkantor@kantorlaw.net
>KANTOR & KANTOR, LLP
>19839 Nordhoff Street
>Northridge, CA 91324
>Telephone: (818) 886-2525
>Facsimile: (818) 350-6272

>***Attorneys for Plaintiff***
>*DOMINIQUE DEMONCHAUX*

Dated:   New York, New York
         September 1, 2011

                              s/
                              BETSY D. BAYDALA (BB 5165)

NY/751058v1