UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DOMINIQUE DEMONCHAUX,                                   Civ. Act. No.:  10 CIV. 4491 (DAB)

                                        Plaintiff,

                -against-                               **DECLARATION OF**
                                                       **VENICE SCOTT**

UNITEDHEALTHCARE OXFORD AND
OXFORD HEALTH PLANS (NY), INC.,                         DOCUMENT
                                                       ELECTRONICALLY FILED
                                        Defendants.

------------------------------------------------------------------X

        Venice Scott, pursuant to 28 U.S.C. §1746(2), declares under penalty of perjury the

following:

        1.      I am an employee of United HealthCare Services, Inc. as a Supervisor, Clinical

Appeals Department.  As part of my duties, I am responsible for resolving claims issues, including

the Defendant, Oxford Health Plans (NY), Inc. ("Oxford").  As Supervisor, Clinical Appeals

Department, I review the records related to member appeals regularly created and maintained by

Oxford and its parent and related companies in the regular course and scope of their business.  As

such, I am familiar with the records related to the member's appeal in this matter based on my

experience in this position and my review of Oxford's records related to the appeal.

        2.      This Declaration is respectfully submitted in support of Oxford's motion for

summary judgment.

        3.      Annexed hereto as **Exhibit "D"** are true and correct copies of materials from

Plaintiff's administrative claim file kept and maintained by Oxford in the normal and ordinary course

of its business, which consists of the following:

(a) Oxford's correspondence and appeal file (DEMONCHAUX 000275 to DEMONCHAUX 349).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 1, 2011

Venice Scott, Supervisor Clinical Appeals

## CERTIFICATE OF SERVICE

I, BETSY D. BAYDALA, hereby certify and affirm that a true and correct copy of the attached

**DECLARATION OF VENICE SCOTT** was served **via ECF and regular mail** on this 1st day of

September, 2011, upon the following:

Scott M. Riemer (SR5005)
sriemer@riemerlawfirm.com
RIEMER & ASSOCIATES, LLC
60 East 42nd Street, Suite 1750
New York, NY 10165
Telephone: (212) 297-0700
Facsimile: (212) 297-0730

Lisa S. Kantor, Esq. (State Bar No. 110678)
lkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

*Attorneys for Plaintiff*
*DOMINIQUE DEMONCHAUX*

Dated:    New York, New York
          September 1, 2011

_s/_____
BETSY D. BAYDALA (BB 5165)

NY/750577v1