UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOMINIQUE DEMONCHAUX.                    Civ. Act. No.: 10 CIV. 4491 (DAB)

                              Plaintiff,     **DECLARATION OF LISA S. KANTOR IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT**

-against-

UNITED HEALTHCARE OXFORD AND
OXFORD HEALTH PLANS (NY), INC.,

                           Defendants.    DOCUMENT
                                                                                            ELECTRONICALLY FILED
-----------------------------------------------------------X

LISA S. KANTOR, being duly sworn, deposes and states:

1.    I am a member of the firm Kantor & Kantor LLP, one of the counsel of record for Plaintiff, Dominique Demonchaux. As such, I have personal knowledge with the facts and circumstances in this matter.

2.    I submit this Declaration and exhibits annexed hereto in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment pursuant to Rule 56, FED. R. CIV. PROC and Plaintiff's request for entry of Judgment in her favor.

3.    Annexed hereto as **Exhibit "G"** are Demonchaux I.D. 2-167. These documents were included with Plaintiff's Initial Disclosures, served on Defendants on October 4, 2010 Pursuant to Rule 26, FED. R. CIV. PROC.

4.    Annexed hereto as **Exhibit "H"** is a true and correct copy of Plaintiff's First Request for Production to Defendant Oxford Health Plans (NY) served on February 4, 2011.

1

5. Annexed hereto as **Exhibit "I"** is a true and correct copy of Defendant's Response to Plaintiff's First Request for Production served on March 16, 2011. In response to Plaintiff's Request Number 6, Defendant referred Plaintiff to the Certificate of Coverage and to the following web site to obtain "Oxford's current clinical, reimbursement, and administrative policies," http://www.oxhp.com/secure/policy/postpin_intro.html.

6. Annexed hereto as **Exhibit "J"** is a true and correct copy of United Behavioral Health's ("UBH") 2009 Level of Care Guidelines: Mental Health for Acute Inpatient Treatment, which were referenced on the web site as cited by Defendant in its response to Plaintiff's Request Number 6.

7. Annexed hereto as **Exhibit "K"** is a true and correct copy of United Behavioral Health's ("UBH") 2009 Level of Care Guidelines: Mental Health for Residential Treatment, that were referenced on the web site as cited by Defendant in its response to Plaintiff's Request Number 6.

8. Annexed hereto as **Exhibit "L"** is a true and correct copy of the American Psychiatric Guidelines for the Treatment of Patients with Eating Disorders.

Dated: October 3, 2011

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_Lisa S. Kantor_
LISA S. KANTOR