UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------
DOMINIQUE DEMONCHAUX                         Case No. 10 CIV 4491 (DAB)
                Plaintiff,

   -against-

UNITEDHEALTHCARE O)(FORD AND
O)(FORD HEALTH PLANS (NY), INC.,
                Defendant.
--------------------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending      ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael H. Bernstein
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MB0579    My State Bar Number is _____

I am,

    ☒ An attorney
    ☐ A Government Agency attorney
    ☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Sedgwick LLP
               FIRM ADDRESS: 125 Broad Street, New York New York 10004
               FIRM TELEPHONE NUMBER: 212-422-0202
               FIRM FAX NUMBER: 212-422-0925

NEW FIRM:    FIRM NAME: Sedgwick LLP
               FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
               FIRM TELEPHONE NUMBER: 212-422-0202
               FIRM FAX NUMBER: 212-422-0925

☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/12/2012                             s/ _____
                                                ATTORNEY'S SIGNATURE



American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, Michael H. Bernstein, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 12th day of October, 2012, upon the following:

> Scott M. Riemer, Esq.
> Riemer & Associates
> 60 East 42nd Street, Suite 1750
> New York, NY 10165
>
> Lisa S. Kantor, Esq.
> Kantor & Kantor, LLP
> 19839 Nordhoff Street
> Northridge, CA 91324

s/_____
Michael H. Bernstein

Dated:   New York, New York
         October 12, 2012

1