UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
DOMINIQUE DEMONCHAUX,                           Case No.: 10 CIV 4491 (DAB)
                       Plaintiff,

        -against-

UNITEDHEALTHCARE OXFORD AND
OXFORD HEALTH PLANS (NY), INC.,
                       Defendant.
------------------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒  I have cases pending            ☐  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

John T. Seybert
FILL IN ATTORNEY NAME

My SDNY Bar Number is:   JS 5014        My State Bar Number is  _____

I am,
    ☒  An attorney
    ☐  A Government Agency attorney
    ☐  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 125 Broad Street, New York New York 10004
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
            FIRM ADDRESS: 225 Liberty Street, 28th Fl., New York, NY 10281
            FIRM TELEPHONE NUMBER: 212-422-0202
            FIRM FAX NUMBER: 212-422-0925

    ☒  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated: 10/16/2012                    s/ _____
                                     ATTORNEY'S SIGNATURE
                                     John T. Seybert



American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I, John T. Seybert, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF CHANGE OF ADDRESS** was served via ECF on this 16th day of October, 2012, upon the following:

Scott M. Riemer, Esq.
Riemer & Associates
60 East 42nd Street, Suite 1750
New York, NY 10165

Lisa S. Kantor, Esq.
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324

_s/_____
John T. Seybert

Dated:   New York, New York
         October 16, 2012

1