RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com

KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886-2525
lkantor@kantorlaw.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DOMINIQUE DEMONCHAUX,                              10 CV 4491 (DAB)

                        Plaintiff,

       -against-

UNITEDHEALTHCARE OXFORD and
OXFORD HEALTH PLANS (NY), INC.,

                       Defendants.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Affirmations of Scott M. Riemer dated May 15, 2013, Lisa S. Kantor, dated April 2, 2013, Elizabeth K. Green, dated April 2, 2013, and Deborah A. Lieber, dated April 2, 2013, and the exhibits annexed thereto, the Memorandum of Law simultaneously filed herewith and upon all prior pleadings and hearings previously had herein, plaintiff will move this Court before the Honorable Deborah A. Batts, at the United States District Court, 500 Pearl Street, New York, New York, 10007, at a time designated by the Court, for an order awarding attorneys' fees and costs under ERISA §502(g)(1), and for such other relief as the Court deems just and proper.

Dated: New York, New York
       May 15, 2013

                                                RIEMER & ASSOCIATES LLC
                                                Attorneys for Plaintiff
                                                60 East 42nd Street, Suite 1750
                                                New York, New York  10165
                                                (212) 297-0700
                                                sriemer@riemerlawfirm.com

                                                By:/s/Scott M. Riemer
                                                    Scott M. Riemer (SR5005)

Dated: Northridge, California
       May 15, 2013

                                                KANTOR & KANTOR, LLP
                                                19839 Nordhoff Street
                                                Northridge, California 91324
                                                (818) 886-2525
                                                lkantor@kantorlaw.net

                                                By: /s/Lisa S. Kantor
                                                    Lisa S. Kantor (SBN 110678)

TO:

Michael H. Bernstein, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Michael.Bernstein@sedgwicklaw.com

CERTIFICATE OF SERVICE

I certify that on May 15, 2013, I served a true and complete copy of the foregoing Notice of Motion by transmitting the same by electronic mail to the following individuals at the e-mail addresses indicated:

Michael H. Bernstein, Esq.
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, NY 10281-1008
Michael.Bernstein@sedgwicklaw.com

I also certify that this document filed through the ECF system will be sent electronically to all registered participants on May 15, 2013.

Dated:  New York, New York
        May 15, 2013

/s/ Scott M. Riemer
Scott M. Riemer (SR 5005)
RIEMER & ASSOCIATES LLC
60 East 42nd Street, Suite 1750
New York, New York 10165
(212) 297-0700
sriemer@riemerlawfirm.com