EXHIBIT J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ZOLLER,

                      Plaintiff,

-v-

INA LIFE INSURANCE COMPANY OF NEW YORK, *et al.*,

                      Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/09

No. 06 Civ. 0112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record at the June 19, 2009 and July 28, 2009 conferences with the Court, as well as Plaintiff's submissions to the Court, IT IS HEREBY ORDERED that Plaintiff's motion for attorney's fees is granted, and Plaintiff is awarded $170,841.60 in attorney's fees as well as costs in the amount of $565.01.

The Clerk of the Court is respectfully directed to terminate the motion docketed as Document No. 82

SO ORDERED.

Dated:      July 29, 2009
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD ZOLLER,

                Plaintiff,

-v-

INA LIFE INSURANCE COMPANY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 0112 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

In addition to the $170,841.60 in attorney's fees and $565.01 in costs previously awarded to Plaintiff in the Court's July 29, 2009 Order, and for the reasons stated in the July 29, 2009 Order, Plaintiff is hereby awarded an additional $9625 representing the attorney's fees incurred by Plaintiff in this action since February 23, 2009.

SO ORDERED.

Dated:    August 5, 2009
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/09

**EXHIBIT J, p. 2**