# EXHIBIT K

Demonchaux v. Oxford
Time Expended by Riemer Associates LLC

| Date | Staff | Dur/Qty | Desc |
| --- | --- | --- | --- |
| 10/17/2011 | AS | 0.05 | Processing incoming correspondence from OC. |
| 5/2/2011 | AS | 0.10 | Call with Brian re: Dr. Polsky. |
| 4/20/2011 | AS | 0.10 | Call with co-counsel re: appointment. |
| 4/15/2011 | AS | 0.15 | Continued correspondence on conference; scheduling. |
| 4/15/2011 | AS | 0.30 | Review of emails. Reply to all regarding SMR availability during week of 4/18. |
| 4/15/2011 | AS | 0.05 | Processing incoming fax (scheduling order). |
| 4/14/2011 | AS | 0.10 | Call from Judge's chambers. |
| 1/21/2011 | AS | 0.05 | Call from Kantor; transfer to ERM voice mail. |
| 1/12/2011 | AS | 0.10 | Review of, and response to, email from Kantor and Kantor re: invoice. |
| 9/27/2010 | AS | 0.10 | Call from co-counsel; note to SMR. |
| 8/6/2010 | AS | 0.05 | Processing incoming materials from OC. |
| 6/4/2010 | AS | 0.05 | Uploading files per SMR instruction. |
| | | 1.20 | Total for AS @ $200/hr |
| | | $240.00 | |
| | | | |
| 10/28/2011 | EMR | 0.10 | Review of email from Kantor, reply to same |
| 12/21/2011 | ERM | 0.10 | Processing of opposing counsel's letter with courtesy copy to Judge |
| 12/2/2011 | ERM | 0.15 | Preparation of correspondence to Judge with courtesy copies of brief |
| 12/2/2011 | ERM | 0.25 | Preparation of email to opposing counsel with response brief; email to Kantor re same |
| 12/2/2011 | ERM | 0.25 | ECF file response to motion |
| 12/2/2011 | ERM | 0.35 | Review of brief, reformat for filing |
| 12/2/2011 | ERM | 0.15 | Review of, respond to Kantor email |
| 11/14/2011 | ERM | 0.10 | Processing of letter from opposing counsel re motion |
| 11/2/2011 | ERM | 0.50 | Review of appeal brief, excerpt section concerning post determination admission of evidence, email same to Kantor |
| 10/26/2011 | ERM | 0.15 | Review of email from Kantor; reply to same |
| 10/4/2011 | ERM | 1.85 | Review of exhibit file sizes; rescan Exhibit G at 200 dpi; split Exhibit G to be under size limit |
| 10/4/2011 | ERM | 0.85 | Preparation of courtesy copies for Judge Batts |
| 10/4/2011 | ERM | 0.45 | Preparation of email to Kantor re PDF size of exhibits |
| 10/4/2011 | ERM | 0.65 | Review of MOL, insert TOC TOA at beginning of document |
| 10/4/2011 | ERM | 0.75 | Review of and download to system plaintiff documents in opposition to SJ |
| 9/30/2011 | ERM | 0.45 | Telephone call with paralegal at K&K re timing for filing of SJ response |
| 9/30/2011 | ERM | 0.35 | Review of, reply to email re SJ procedures |
| 9/6/2011 | ERM | 0.25 | Review of motion for summary judgment |
| 9/1/2011 | ERM | 0.30 | Review of motion SJ |

Demonchaux v. Oxford
Time Expended by Riemer Associates LLC

| Date | Staff | Dur/Qty | Desc |
|---|---|---|---|
| 8/26/2011 | ERM | 0.10 | Review of letter from opposing counsel requesting extension, forward to co-counsel |
| 8/23/2011 | ERM | 0.30 | Review of, reply to CC email re cross motions for SJ |
| 8/22/2011 | ERM | 0.45 | Review of email from co-counsel; Preparation of email with samples of opposition to SJ motion papers |
| 5/27/2011 | ERM | 0.35 | Email exchange with Kantor paralegal re delivery of letter to Judge Batts; arrange for messenger; fax letter to opposing counsel |
| 5/16/2011 | ERM | 0.15 | Processing of letter from opposing counsel requesting briefing schedule for SJ motions, email same to co-counsel |
| 5/5/2011 | ERM | 0.25 | Telephone call with process server re subpoena for Dr. Polsky; email to Kantor & Kantor re same |
| 4/20/2011 | ERM | 0.25 | Telephone call with process server re Dr. Polsky service; Preparation of email to co-counsel re same |
| 4/15/2011 | ERM | 0.25 | Telephone call with process server re attempts to serve Dr. Polsky; email to Kantor re same |
| 4/15/2011 | ERM | 0.55 | Telephone calls with Scott, judge's chambers re discovery conference |
| 4/11/2011 | ERM | 0.25 | Review of correspondence from opposing counsel re Dr. Polsky subpoena, foward same to K&K attorney, paralegal |
| 4/11/2011 | ERM | 0.45 | Review of file, internet re addresses, phone number for Dr. Polsky; email to K&K re same |
| 4/11/2011 | ERM | 0.15 | Telephone call with process server re Dr. Polsky subpoena |
| 4/8/2011 | ERM | 0.45 | Telephone calls with process server re service of subpoena for Dr. Polsky |
| 4/8/2011 | ERM | 0.10 | Preparation of email to opposing counsel re subpoena |
| 4/8/2011 | ERM | 0.50 | Preparation of subpoena for Dr. Polsky, cover letter re same |
| 4/7/2011 | ERM | 0.15 | Review of emails re subpoena for Dr. Polsky, email to K&K re same |
| 2/4/2011 | ERM | 0.60 | Preparation of correspondence and emails to opposing counsel, serving discovery demands and deposition notices |
| 2/4/2011 | ERM | 0.25 | Review of templates, Preparation of sample notice to take deposition, email to Kantor paralegal re same |
| 1/28/2011 | ERM | 0.15 | Review of file, forward emails re discovery and depositions |
| 12/16/2010 | ERM | 0.35 | Telephone calls with court re conference; confirm conference; email co-counsel re same |
| 8/23/2010 | ERM | 0.45 | Preparation of correspondence and service upon opposing counsel of pro hac vice motion |

Demonchaux v. Oxford
Time Expended by Riemer Associates LLC

| Date | Staff | Dur/Qty | Desc |
| --- | --- | --- | --- |
| 8/20/2010 | ERM | 0.75 | Review of material from co-counsel; update motion for pro hac vice and prepare for SMR signature on Monday |
| 8/5/2010 | ERM | 0.75 | Update forms for pro hac vice motion; Preparation of email to co counsel re materials needed to file motion |
| 8/5/2010 | ERM | 0.35 | Preparation of affidavit for Lisa Kantor for pro hac vice motion |
| 8/3/2010 | ERM | 0.25 | Preparation of correspondence to court with raised seal summons |
| 7/23/2010 | ERM | 0.35 | Review of office files, looking for client redwell |
| 7/21/2010 | ERM | 0.20 | Preparation of Certificate of Service for pro hac vice motion |
| 7/21/2010 | ERM | 0.25 | Preparation of order for admission pro hac vice |
| 7/21/2010 | ERM | 0.20 | Preparation of NOM for pro hac vice |
| 7/21/2010 | ERM | 0.15 | Preparation of cover letter to court clerk with pro hac vice motion papers |
| 7/21/2010 | ERM | 0.35 | Preparation of SMR affirmation for pro hac vice motion |
| 7/2/2010 | ERM | 0.35 | Filing of affidavit of service via ECF; email re same to Kantor law firm |
| 7/1/2010 | ERM | 0.25 | Review of affidavit of service upon United Health Care |
| 6/22/2010 | ERM | 0.65 | Review of file, Kreeger case; begin Preparation of motion to admit pro hac vice |
| 6/18/2010 | ERM | 0.15 | Telephone call with process server's office to confirm receipt and that they have all information necessary to serve complaint |
| 6/16/2010 | ERM | 0.50 | Review of file, Preparation of letter to process server |
| 6/14/2010 | ERM | 0.15 | Telephone call with paralegal at Kantor re service of complaint |
| 6/10/2010 | ERM | 0.25 | Preparation of email to co counsel concerning filing and service of complaint |
| 6/9/2010 | ERM | 0.05 | Add index number to complaint |
| 6/9/2010 | ERM | 0.10 | Review of stamped raised seal summons |
| 6/7/2010 | ERM | 0.35 | Preparation of package to clerk of court for filing complaint |
| 6/7/2010 | ERM | 0.25 | Review of complaint, process same |
| | | 21.15 | Total for ERM @ $200/hr |
| | | $4,230.00 | |
| | | | |
| 2/6/2013 | KAR | 0.1 | discussion re: fees with SHL |
| 1/2/2013 | KAR | 0.1 | review of file; email to CC re: invoicing, billing, ERM/AB whereabouts |
| 1/2/2013 | KAR | 0.05 | review of email fr CC re: invoices |
| 8/25/2011 | KAG | 0.05 | processing incoming materials from OC re extension to file SJ |
| 8/19/2011 | KAG | 0.05 | review of email fr CC re samples, waiting on ERM |
| 8/19/2011 | KAG | 0.1 | review, response to email from CC re samples |

Demonchaux v. Oxford
Time Expended by Riemer Associates LLC

| Date | Staff | Dur/Qty | Desc |
|---|---|---|---|
| 8/18/2011 | KAG | 0.05 | review of email from CC, again fwd to SHL |
| 8/18/2011 | KAG | 0.1 | discussion with SHL; email to CC re sample cases |
| 8/18/2011 | KAG | 0.1 | review of email from CC re samples; fwd to SHL |
| 4/21/2011 | KAG | 0.05 | processing incoming order from MJ |
| 4/8/2011 | KAG | 0.05 | call with CC, discussion with ERM |
| 4/7/2011 | KAG | 0.15 | reviewing emails fr OC re Pulski deposition objections |
| 4/5/2011 | KAG | 0.2 | call with CC re L fr OC obj. to Pulaski dep; searching files (electronic, hard copy) re same |
| 2/17/2011 | KAG | 0.1 | review of, response to email to CC paralegal re materials from OC - claim file, objections |
| 7/14/2010 | KAG | 0.05 | review of incoming fax fr OC re extension |
| 7/1/2010 | KAG | 0.05 | Telephone call with Sid Marks again re serving Oxford |
| 7/1/2010 | KAG | 0.05 | Telephone call to Sid Marks re serving of docs, msg left |
| 6/30/2010 | KAG | 0.85 | Telephone call with Sid Marks re not being able to serve Oxford; internet research on Oxford's address; discussion with SMR re same; call to/e-mail to paralegal at Kantor & Kantor re same; review of email from Kantor & Kantor re same |
| 6/2/2010 | KAG | 0.15 | review of CD from Kantor & Kantor, upload of documents [policy, MR, certificate, etc] to system |
| | | 2.4 | Total for KAR @ $200/hr |
| | | $480.00 | |
| | | | |
| 5/15/2013 | SHL | 2.5 | revise fee brief and exhibit, finalize; ECF |
| 5/14/2013 | SHL | 0.2 | call w. chambers re proposed judgment; email to cc re same |
| 5/13/2013 | SHL | 0.2 | call w. Orders & Judgments clerk re proposed judgment; msg w. chambers re same |
| 5/8/2013 | SHL | 0.5 | email to ct re proposed judgment; prepare coverletter to chambers re same |
| 4/30/2013 | SHL | 0.1 | correspondence w CC re status of proposed judgment |
| 4/24/2013 | SHL | 1.75 | revise draft clarification letter to judge prepared by CC; add'l case law research |
| 4/23/2013 | SHL | 1.5 | correspondences w CC re request for clarification letter; provide materials to review; legal research to address issue re jurisdiction |
| 4/22/2013 | SHL | 0.2 | correspondence w CC re response to court's request for clarification II |
| 4/19/2013 | SHL | 0.2 | finalize letter to ct re proposed judgment |
| 4/18/2013 | SHL | 0.25 | draft ltr to ct re proposed judgment; draft email to OC re same |
| 4/17/2013 | SHL | 0.25 | correspondeces w OC and CC re proposed judgment; email to court clerk re same |
| 4/15/2013 | SHL | 0.1 | review proposed judgment revisions from OC |
| 4/9/2013 | SHL | 0.1 | email to OC re revised proposed judgment |

Demonchaux v. Oxford
Time Expended by Riemer Associates LLC

| Date | Staff | Dur/Qty | Desc |
|---|---|---|---|
| 4/3/2013 | SHL | 0.2 | review revised proposed judgment from cc |
| 4/3/2013 | SHL | 0.2 | review of draft judgment; email to cc re same |
| 4/2/2013 | SHL | 1.75 | finalize fee brief and supporting documents |
| 4/1/2013 | SHL | 1.00 | finalize fee brief, affirmations, and exhibits; finalize time expended by R&A on brief |
| 3/29/2013 | SHL | 0.20 | correspondences w CC re fee brief |
| 3/27/2013 | SHL | 1.50 | final revisions to fee brief; correspondences w cc |
| 3/18/2013 | SHL | 0.25 | email correspondences w CC re proposed judgment |
| 3/15/2013 | SHL | 0.10 | email correspondences w CC re proposed D's proposed judgment |
| 3/13/2013 | SHL | 0.75 | continue to review draft of fee brief from cc; correspondence w cc and oc re proposed judgment |
| 3/12/2013 | SHL | 0.90 | begin review of revised brief; finalize proposed judgment; email correpondences w cc and oc |
| 2/25/2013 | SHL | 0.20 | review edits to proposed judgment from cc |
| 2/13/2013 | SHL | 0.20 | correspondences w cc re proposed judgment and fee brief thoughts |
| 2/11/2013 | SHL | 1.25 | final review of revisions to fee brief; response to cc's inquiries re same |
| 2/8/2013 | SHL | 1.00 | revise fee brief; prepare exhibit re time expended by Riemer & Associates |
| 2/7/2013 | SHL | 0.75 | revisions to fee brief |
| 2/7/2013 | SHL | 0.10 | email to CC re revisions and comments to proposed judgment |
| 2/6/2013 | SHL | 0.75 | review and revise fee brief prepared by CC; correspondece with CC re calculation of services rendered by RA |
| 2/5/2013 | SHL | 1.50 | revisions to fee brief material prepared by CC, SMR aff, proposed judgment |
| 1/30/2013 | SHL | 0.10 | research into item docketed by the Court re internet citation |
| 1/24/2013 | SHL | 0.25 | revise SMR aff for fee application |
| | | 20.80 | Total for SHL @ $300/hr |
| | | $6,240.00 | |
| | | | |
| 4/26/2013 | SMR | 0.15 | conference call with chambers re judgment. |
| 4/25/2013 | SMR | 0.4 | Review of incoming letter from OC re judgment; call with chambers re same; call with L. Kantor re same. |
| 4/24/2013 | SMR | 0.2 | Review and revise letter to ct re jurisdiction following a remand. |
| 4/18/2013 | SMR | 0.1 | Review and revise letter to Court re judgment. |
| 4/2/2013 | SMR | 2 | final review and revisions to fee brief and supporting documents |
| 3/19/2013 | SMR | 0.3 | Telephone call with Lisa Kantor re remand judgment |
| 3/12/2013 | SMR | 0.1 | Review of proposed judgment. |

Demonchaux v. Oxford
Time Expended by Riemer Associates LLC

| Date | Staff | Dur/Qty | Desc |
|---|---|---|---|
| 2/7/2013 | SMR | 0.2 | Review of draft judgment. |
| 12/27/2012 | SMR | 0.1 | call with OC re remand issues. |
| 12/26/2012 | SMR | 0.1 | Telephone call with Glenn Kantor re remand strategy. |
| 12/20/2012 | SMR | 0.5 | Review of incoming decision. |
| 11/10/2011 | SMR | 0.2 | Review of incoming motion docs. |
| 10/14/2011 | SMR | 0.1 | Review of incoming letter from OC re motion to strike. |
| 8/31/2011 | SMR | 0.1 | Review of incoming scheduling order. |
| 7/18/2011 | SMR | 0.1 | Review of incoming order re time to file SJ. |
| 5/31/2011 | SMR | 0.2 | Review of OC reply. |
| 5/26/2011 | SMR | 0.2 | review of draft letter to court. |
| 4/22/2011 | SMR | 3.5 | Preparation for and attending oral argument on motion re subpoena of Dr. Polsky. |
| 1/18/2011 | SMR | 0.25 | call with Lisa Kantor re discovery; Preparation of email to OC re missing discovery. |
| 12/17/2010 | SMR | 1.8 | preparing for and attending status conference. |
| 9/24/2010 | SMR | 2.4 | preparing for and attending initial conference. |
| 9/10/2010 | SMR | 0.1 | Review of incoming order granting pro hac admission. |
| 8/23/2010 | SMR | 0.25 | Review of incoming answer. |
| 7/13/2010 | SMR | 0.1 | call with OC re extension. |
| 6/9/2010 | SMR | 0.4 | Review of incoming emails from court re filing of claim; Preparation of email to LK re same. |
| 6/7/2010 | SMR | 0.4 | finalizing complaint, civil coversheet and summons. |
| | | 14.25 | Total for SMR |
| | | $8,550.00 | |
| | | | |
| | | $19,740.00 | TOTAL FOR RIEMER & ASSOCIATES LLC |
| | | | |