```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/13
```

# Sedgwick LLP

ATTORNEYS AT LAW

225 LIBERTY STREET, 28TH FLOOR NEW YORK, NY 10281-1008
www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

*John T. Seybert*
212.898.4028
john.seybert@sedgwicklaw.com

May 29, 2013

*Via E-mail*
Hon. Deborah A. Batts
United States District Court Judge
United States District Court For The Southern
District Of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Dominique Demonchaux v. Unitedhealthcare Oxford et al.*
    Civ. Act. No. 10 Civ. 4491 (DAB)
    File No.: 03246-000087

Dear Judge Batts:

MEMO ENDORSED

Granted
/DAB/
5/29/13

This office represents the defendant Oxford Health Plans (NY), Inc. ("Oxford") incorrectly sued herein as Unitedhealthcare Oxford. We write to request a one-week extension of time to respond to Plaintiff's motion for an award of attorney's fees and costs, extending Oxford's time to respond from today to June 5, 2013. This is the first request for an extension of time. My wife's grandfather passed away this weekend and my time was spent caring for her, her family and my children. I was not able to complete the response to Plaintiff's motion in the time required by the Rule 6, FED. R. CIV. P. This is the first request for an extension of time, and Plaintiff has consented to the extension.

Thank you for your consideration of this matter.

MEMO ENDORSED

Respectfully submitted,

*[signature]*

John T. Seybert
Sedgwick LLP

JTS

cc: Scott M. Riemer Esq.
    Lisa S. Kantor Esq.

SO ORDERED

*[signature]*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
5/29/13