# KANTOR & KANTOR, LLP
## ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/13

19839 NORDHOFF STREET
NORTHRIDGE, CA 91324
TEL: (818) 886-2525
FAX: (818) 350-6272
lkantor@kantorlaw.net

June 6, 2013

Hon. Deborah A. Batts
United States District Court Judge
United States District Court For the Southern
District of New York
500 Pearl Street
New York, NY 10007-1312

RE: *Dominique Demonchaux v. United Healthcare*
Civil Action No.:     10-CV-4491
File No.:              03246-000087

RECEIVED
JUN 07 2013
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Dear Judge Batts:        MEMO ENDORSED

This office represents Plaintiff Dominique Demonchaux in this matter. We write to request a nine day extension of time to submit our reply brief to Defendant's opposition to Plaintiff's motion for an award of attorneys' fees and costs, extending Plaintiff's time to respond from June 12, 2013 to June 21, 2013. This is Plaintiff's first request for an extension of time.

Granted
/DAB/
6/7/13

### MEMO ENDORSED

This extension is necessary since the timing of Plaintiff's reply brief was changed due to the extension granted opposing counsel, and I will be out of town for the remainder of this week and most of next week and my associate, Deborah Lieber, who is responsible for working with me on this file, has several prior time commitments during this next week which will take her out of the office for two full days for quarterly doctor appointments for her son at Children's Hospital and a funeral she needs to attend on June 12, 2013. Counsel for Defendant has consented to the extension.

Respectfully submitted,

*for*

Lisa S. Kantor
Kantor & Kantor, LLP

cc:   Scott M. Riemer, Esq.
      John Seybert, Esq.
      Michael H. Bernstein, Esq.

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
6/7/13