| | | | |
|---|---|---|---|
| Demonchaux v. Oxford Health<br>Case No.: 1:10-cv-04491-DAB<br>Southern District of New York | | | |
| KANTOR & KANTOR ATTORNEY TIME SHEET - Cumulative | | | |
| DATE | DESCRIPTION | ATTY | HOURS |
| 10/21/2009 | Emails to/from client regarding documents; plan, relevant provisions and venue. | LSK | 0.20 |
| 10/22/2009 | Emails from client with documents and review appeals and denial letters in order to draft complaint. | EKG | 0.80 |
| 10/23/2009 | Review client documents; Email Summary to LSK re venue, plan provisions and necessary future action. | EKG | 0.50 |
| 10/23/2009 | Review email summary from EKG | LSK | 0.20 |
| 11/4/2009 | Emails to/from client and MH (Mitch Hefter) re: plan summary | EKG | 0.20 |
| 11/16/2009 | Emails to/from client re Plan documents from Oxford | EKG | 0.20 |
| 12/11/2009 | Review call summary from Monte Nido; Emails to/from DDA and determine claim history to draft Complaint. | EKG | 0.60 |
| 2/10/2010 | Revise letter to client | EKG | 0.20 |
| 2/19/2010 | Review email from client | EKG | 0.10 |
| 5/3/2010 | Conference w/LSK re: filing in NY and local counsel and proper defendant. | EKG | 0.20 |
| 5/3/2010 | Research pro hac vice in NY | EKG | 0.50 |
| 5/12/2010 | Draft ERISA Complaint for filing in NY | EKG | 1.60 |
| 5/14/2010 | Conference with LSK re: filing complaint | EKG | 0.20 |
| 6/2/2010 | Compile plaintiff's documents on CD and send to Scott Riemer | DDA | 0.30 |
| 6/2/2010 | Prepare Motion to Admit Counsel Pro Hac Vice for LSK; Affidavit of Lisa S. Kantor; Affirmation of Scott M. Riemer; Order for Admission; Petition for Admission/ECF Registration | DDA | 1.00 |
| 6/3/2010 | Instructions to SR office for filing complaint | EKG | 0.20 |
| 6/13/2010 | Review complaint and related documents filed in NY | LSK | 0.30 |
| 6/13/2010 | Review complaint and related documents filed in NY | EKG | 0.20 |
| 6/30/2010 | Conference with DDA and emails re: serving Oxford | EKG | 0.20 |
| 7/13/2010 | Telephone message from defense counsel re: extension to respond to complaint; instructions to JC | EKG | 0.20 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 7/14/2010 | Review incoming letter to Judge Deborah A. Batts from Michael H. Bernstein dated July 14, 2010 re requesting an extension of time to appear and respond to complaint, determine effects and calendar date. | LSK | 0.20 |
| 8/4/2010 | Review incoming Notice of Appearance filed by Michael H. Bernstein on behalf of Oxford Health | LSK | 0.10 |
| 8/4/2010 | Review incoming Notice of Appearance filed by John T. Seybert on behalf of Oxford Health | LSK | 0.10 |
| 8/6/2010 | T/C with SR re: mediation program and status of case; email summary to team | EKG | 0.20 |
| 8/16/2010 | Review incoming letter to Judge Deborah A. Batts from Michael H. Bernstein dated August 16, 2010 submitting courtesy copies of Oxford's Answer | LSK | 0.10 |
| 8/23/2010 | Email re: mediation conference | EKG | 0.10 |
| 8/23/2010 | Conference with LSK re: mediation conference attendance | EKG | 0.10 |
| 9/8/2010 | Email to SR re: mediation conference | EKG | 0.10 |
| 9/20/2010 | Review documents and prepare case summary for local counsel | EKG | 1.20 |
| 9/24/2010 | Review email from SR re: summary of mediation conference | EKG | 0.20 |
| 9/24/2010 | Review email from SR re: summary of mediation conference | LSK | 0.20 |
| 9/27/2010 | Review file and prepare damange calculations; email to SR re: same | EKG | 0.40 |
| 9/27/2010 | Began preparation of Rule 26 initial disclosures; instructions to DDA | EKG | 0.30 |
| 9/30/2010 | Preparation of Rule 26 initial disclosures | EKG | 1.50 |
| 9/30/2010 | Analysis of file materials, medical records and plan documents and prepare draft of Rule 26 Initial Disclosures & documents | EKG | 1.70 |
| 9/30/2010 | Supplement and finalize Plaintiff's Initial Disclosures | LSK | 0.30 |
| 11/4/2010 | Email from SR re: status | EKG | 0.10 |
| 11/5/2010 | Recalendar date of Scheduling Conference; email from court | EKG | 0.10 |
| 11/19/2010 | Conference with LSK re: scheduling conference | EKG | 0.10 |
| 12/16/2010 | Email from/to SR re: status and intiial disclosures produced | EKG | 0.20 |
| 12/16/2010 | Emails to/from DDA, LSK, EKG re: pacer emails from NY | EKG | 0.20 |
| 12/16/2010 | Email with paralegal at Riemer & Associates re conference date | DDA | 0.10 |
| 12/17/2010 | Email from SR re: scheduling conference | EKG | 0.20 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|------|-------------|------|-------|
| 12/28/2010 | Review file and prepare notes re: discovery to draft | LSK | 1.30 |
| 9/27/2010 | Email to and from Scott Riemer re Scheduling Order; Michael Bernstein has not heard from his client yet in regard to settlement | EKG | 0.30 |
| 12/28/2010 | Email to SR re: discvoery and medical reviewers and no initial disclosures from defense counsel | LSK | 0.30 |
| 1/18/2011 | Review email from SR re: depositions | LSK | 0.10 |
| 1/18/2011 | Review email from SR re: depositions | EKG | 0.10 |
| 2/4/2011 | Prepare First Set of Interrogatories to Oxford Health Plans (NY), Inc. | EKG | 1.60 |
| 2/4/2011 | Prepare First Request for Production to Oxford Health Plans (NY), Inc. | EKG | 1.40 |
| 2/16/2011 | Review incoming cover letter dated February 15, 2011 from Michael Bernstein with CD containing administrative claim file | LSK | 0.20 |
| 3/9/2011 | Telephone conference with John Seybert re the depositions and defendant's contentions re same. | LSK | 0.20 |
| 3/9/2011 | Review incoming letter from Michael Bernstein dated March 9, 2011 re requesting 30-day extension of discovery schedule | LSK | 0.10 |
| 3/10/2011 | Review incoming Memo Endorsed by Judge Deborah A. Batts granting extension; parties shall engage in settlement discussions | LSK | 0.10 |
| 3/11/2011 | Review incoming letter from Michael Bernstein dated April 11, 2011 via e-mail re objecting to non-party subpoena of Dr. Robert Neil Polsky and determine necessary future action. | LSK | 0.30 |
| 3/11/2011 | Review incoming letter from John Seybert dated March 11, 2011 via e-mail re plaintiff's deposition notice of Robert N. Polsky, MD and determine necessary future action. | LSK | 0.40 |
| 3/16/2011 | Review incoming cover letter dated March 16, 2011 from Michael Bernstein forwarding Defendant's Discovery responses | LSK | 0.10 |
| 4/12/2011 | Email from client re: new address | EKG | 0.10 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 4/13/2011 | Review incoming letter to Judge Deborah A. Batts dated April 13, 2011 re Plaintiff's non-party subpoena of Dr. Polsky and determine necessary future action. | LSK | 0.30 |
| 4/14/2011 | Detailed analysis of defendant's letter to Judge Batt's dated April 13, 2011 re Plaintiff's non-party subpoena to Dr. Polsky and analysis of caselaw cited re discretion, good cause, bias, limitation and timing and draft comprehensive letter in response addressed to Magistrate Michael H. Dolinger dated 4/14/12 requesting Court deny Oxford Health Plans' request for informal conference to address Plaintiff's proper Notice of Deposition and Production of Documents and extend discovery cut off to 5/18/11 | DAL | 2.80 |
| 4/14/2011 | Legal research re: conflict discovery argument and email analysis to DAL | EKG | 0.50 |
| 4/14/2011 | Email from court re: defendant's motion to quash subpoena | LSK | 0.10 |
| 4/14/2011 | Email from court re: defendant's motion to quash subpoena | EKG | 0.10 |
| 4/15/2011 | Email from DDA re: court conference scheduled | EKG | 0.10 |
| 4/15/2011 | Discuss with client and prepare and send Confidential Settlement Communication to Michael Bernstein and John Seybert dated April 15, 2011 | LSK | 0.30 |
| 4/15/2011 | Review incoming cover letter from Co-counsel dated April 8, 2011 with Subpoena served on Dr. Polsky | LSK | 0.10 |
| 4/21/2011 | Prepare letter addressed to Magistrate Judge Michael H. Dolinger from LSK re counsel request to appear telephonically at scheduled conference for 4/22/11 | LSK | 0.20 |
| 5/11/2011 | Review incoming letter to Judge Deborah A. Batts from Michael H. Bernstein dated May 11, 2011 re respectfully requests a briefing schedule in accord with the Court's Scheduling Orders and determine necessary future action. | LSK | 0.30 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 5/18/2011 | Review incoming Transcript of Proceedings re Conference held on 4/22/11 before Magistrate Judge Michael H. Dolinger | LSK | 0.30 |
| 5/23/2011 | Email from co-counsel re Fry v. Hartford, 2011 U.S. Dist. LEXIS 47313 (WDNY May 3, 2011) and analysis of decision. | LSK | 0.40 |
| 5/23/2011 | Analysis of caselaw, statutes and Rule 16(b) in order to respond to defendant's request to file MSJ. | DAL | 1.70 |
| 5/27/2011 | Prepare and send letter to Judge Deborah A. Batts from Lisa S. Kantor dated May 27, 2011 in response to Defendant's request seeking a briefing schedule to file a motion for summary judgment, setting all facts and law in support. | DAL | 3.40 |
| 5/31/2011 | Review incoming letter to Judge Deborah A. Batts from Michael H. Bernstein dated May 31, 2011 re in response to Plaintiff's letter dated May 27, 2011 in opposition to Oxford's letter dated May 11, 2011 requesting a briefing schedule to file a motion for summary judgment | LSK | 0.20 |
| 5/31/2011 | Detailed analysis of claim file and prepare comprehensive 14 pg. chronology and determine issues relevant to the case. | DAL | 3.20 |
| 7/13/2011 | Email exchange with client re status of case. | DAL | 0.20 |
| 8/22/2011 | Email with co-counsel re Oppositions to Motions for Summary Judgment in NY and sample documents | DAL | 0.20 |
| 8/26/2011 | Email from co-counsel re defendant's request for a one week extension to submit their motion for summary judgment | DAL | 0.10 |
| 9/1/2011 | Review incoming Declaration of Rodney Lippold in support of Oxford Health Plans' MSJ | LSK | 0.20 |
| 9/1/2011 | Review incoming Declaration of Shelley Lacroix in support of Oxford Health Plans' MSJ | LSK | 0.20 |
| 9/1/2011 | Review incoming Declaration of Venice Scott in support of Oxford Health Plans' MSJ | LSK | 0.20 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 9/1/2011 | Review incoming Declaration of Michael H. Bernstein in support of Oxford Health Plans' MSJ | LSK | 0.30 |
| 9/1/2011 | Review Defendant's Notice of Motion. | DAL | 0.10 |
| 9/1/2011 | Review Exhibit "A" to R. Lippold's Declaration to confirm health plan is same version produced in Initial Disclosures. | DAL | 0.20 |
| | Email exchange with client re status of case. | DAL | 0.20 |
| 9/1/2011 | Review incoming Rule 56.1 Statement filed by Oxford Health Plans | LSK | 0.50 |
| 9/1/2011 | Review incoming Memorandum of Law in Support of Oxford Health Plans' MSJ and determine necessary future action. | LSK | 0.90 |
| 9/1/2011 | Telephone conference with client. | DAL | 0.30 |
| 9/1/2011 | Review Oxford's Exhibit "B" to MSJ and determine application to MSJ and authenticity of records. | DAL | 0.20 |
| 9/1/2011 | Review Declaration of Shelley Lacroix. | DAL | n/c |
| 9/1/2011 | Review 41 pg. Exhibit C-1 and determine authenticity of claim notes and billing and if previously produced. | DAL | 0.50 |
| 9/1/2011 | Review 36 page Exhibit "C-2" and determine if previously produced and authenticity of records. | DAL | 0.40 |
| 9/1/2011 | Review 35 page Exhibit "C-3" and determine if previously produced and authenticity of records. | DAL | 0.30 |
| 9/1/2011 | Review Declaration of Venice Scott. | DAL | n/c |
| 9/1/2011 | Review 31 pages Exhibit "D-1" and determine if previously produced and authenticty. | DAL | 0.30 |
| 9/1/2011 | Review 25 pages of Exhibit "D-2" and determine if previously produced and authenticity. | DAL | 0.50 |
| 9/1/2011 | Review 22 pages of Exhibit "D-3" and determine if previously produced and authenticity. | DAL | 0.40 |
| 9/1/2011 | Review incoming cover letter to Judge Deborah A. Batts dated September 1, 2011 re courtesy copies of defendant's motion for summary judgment papers | LSK | 0.10 |
| 9/1/2011 | Email exchange with client re status of case. | DAL | 0.30 |
| 9/1/2011 | Begin analysis of Defendant's 56.1 Statement and facts 1-48, locate evidence, determine accuracy, determine objections and begin draft in response. | DAL | 4.60 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 9/2/2011 | Continue analysis of Defendant's 56.1 Statement and facts 49-78, locate and analyze evidence in support and to controvert, determine objections and begin draft in response. | DAL | 5.20 |
| 9/2/2011 | Continue analysis of Defendant's 56.1 Statement and facts 79-116, locate and analyze evidence in support and to controvert, determine objections and begin draft in response. | DAL | 4.80 |
| 9/2/2011 | Continue analysis of Defendant's 56.1 Statement and facts 117-152, locate and analyze evidence in support and to controvert, determine objections and begin draft in response. | DAL | 5.70 |
| 9/2/2011 | Continue alaysis of Defendant's 56.1 Statement and facts 153-168, determine objections, analyze evidence and controvert facts and draft response, and begin draft of Plaintiff's Additional Material Facts 169-198, locating evidence and citations in support. | DAL | 5.80 |
| 9/2/2011 | Continue draft of Plaintiff's Additional Material Facts no.'s 199-213 and revise and supplement 56.1 Statement to reflect all objections and evidence in support. | DAL | 3.30 |
| 9/2/2011 | Begin analysis of Defendant's MSJ, facts and law re arbitrary and capricious and begin draft of opposition in this regard citing law re de novo. | DAL | 4.20 |
| 9/2/2011 | Continue analysis of Defendant's MSJ and facts and law re medical necessity and draft Opposition re same and analyze case law in support. | DAL | 4.30 |
| 9/2/2011 | Continue analysis of Defendant's MSJ and facts and law re conflict of interest and draft Opposition re same and analyze case law in support. | DAL | 3.60 |
| 9/2/2011 | Continue analysis of Defendant's MSJ and facts and law conflict of interest, procedural irregularities and complete draft of response and begin draft of detailed statement of facts setting forth Plaintiff's treatment history and fact citations in support. | DAL | 4.30 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 9/2/2011 | Continue draft of detailed Statement of Facts setting forth facts and evidence re calls between doctors, the appeals and denials, Plaintiff's reason for discharge and relief sought. | DAL | 2.60 |
| 9/6/2011 | Draft Conclusion and revise and supplement Opposition, correcting errors, including citations to the record and supplementing caselaw. | DAL | 2.60 |
| 9/6/2011 | Analysis of Priestly v. Headminder and supplement Opposition to include plaintiff's request for MSJ. | LSK | 1.80 |
| 9/7/2011 | Telephone conference with Dr. Schneider re this case, contents of his Declaration, and facts. | DAL | 0.80 |
| 9/8/2011 | Begin draft of Dr. Schneider's Declaration. | DAL | 0.60 |
| 9/9/2011 | Telephone conference with Dr. Schneider re the contents of his Declaration, all facts in his personal knowledge and his contact with Dr. Ahluwalia. | DAL | 0.70 |
| 9/12/2011 | Telephone call from Dr. Schneider's nurse re Declaration. | DAL | n/c |
| 9/13/2011 | Complete draft of Dr. Schneider's Declaration to be attached to our Opposition to Defendant's MSJ. | DAL | 1.60 |
| 9/30/2011 | Draft email to Dr. Schneider and transmit draft Declaration for his review. | DAL | 0.20 |
| 9/30/2011 | Review finalized Declaration from Dr. Schneider. | DAL | 0.10 |
| 9/30/2011 | Email with co-counsel (ERM) re 56.1 Statement | DAL | 0.20 |
| 9/30/2011 | Prepare Declaration of LSK in support of Opposition. | LSK | 0.70 |
| 9/16/2011 | Detailed analysis of documents to be filed, supplement 56.1 Statement, revise Opposition and confirm citations. | DAL | 2.50 |
| 10/13/2011 | Review incoming letter to Judge Deborah A. Batts dated October 13, 2011 re requesting order striking certain improper exhibits attached to plaintiff's opposition to Oxford's pending motion for summary judgment | DAL | 0.30 |
| 10/14/2011 | Review incoming Defendant's Counter Statement to Plaintiff's Rule 56.1 Statement, analyze objections and denials and determine necessary future action. | DAL | 3.20 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 10/14/2011 | Review incoming Defendant's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment, analyzing caselaw, citations to record, determine accuracy of facts and validity of objections. | DAL | 2.90 |
| 10/17/2011 | Review incoming cover letter to Judge Deborah A. Batts dated October 14, 2011 re courtesy copies of defendant's reply memorandum of law | DAL | 0.20 |
| 10/24/2011 | Review letter from Michael Bernstein and Order granting Motion to Strike | DAL | 0.30 |
| 11/9/2011 | Review incoming Notice of Motion to Strike Oral Argument Requested | DAL | 0.20 |
| 11/9/2011 | Review incoming Defendant's Memorandum of Law in Support of its Motion to Strike the Improper Extra-Record Submissions Attached to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, analysis of case cited and facts in support. | DAL | 3.20 |
| 11/9/2011 | Telephone conference with client. | DAL | 0.30 |
| 11/9/2011 | Review incoming Declaration of Michael H. Bernstein | DAL | 0.40 |
| 11/14/2011 | Review incoming cover letter to Judge Deborah A. Batts dated November 9, 2011 re courtesy copies of motion to strike papers | DAL | 0.20 |
| 11/15/2013 | Begin draft of opposition to Defendant's Motion to Strike discussing evidence re conflict of interest and evidence offered in support of de novo review. | DAL | 2.90 |
| 11/16/2011 | Continue draft of opposition to Motion to Strike re admissibility of records re plaintiff's treatment and records attached at exhibit "G". | DAL | 2.60 |
| 11/17/2011 | Continue draft of opposition to Motion to Strike re need to include the Guidelines and exhibits "J" and "K". | DAL | 1.60 |
| 11/21/2011 | Continue draft of opposition to Motion to Strike re admissibility of Dr. Schneider's records and evidence post denial, and draft detailed Statement of Facts and Conclusion. | DAL | 3.40 |
| 11/21/2011 | T/C with client re status. | DAL | 0.10 |
| 11/22/2011 | Review and revise opposition to motion to strike; email to DL re: same | EKG | 0.40 |
| 12/2/2011 | Revise and supplement Plaintiff's Opposition to Motion to Strike and prepare for filing. | DAL | 1.20 |
| 12/20/2011 | Analysis of Defendant's Reply Memorandum re Motion to Strike, analysis of caselaw and evidence in support and determine necessary future action. | DAL | 1.90 |
| 2/7/2012 | Telephone conference with client. | DAL | 0.20 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 4/4/2012 | T/C with client re status of case. | DAL | 0.20 |
| 6/6/2012 | T/C with client re status of case. | DAL | 0.20 |
| 8/22/2012 | T/C with client re status of case. | DAL | 0.20 |
| 10/4/2012 | Telephone conference with client re: status of case and respond to questions. | DAL | 0.20 |
| 10/12/2012 | Review incoming Notice of Change of Address of Michael H. Bernstein | DAL | 0.10 |
| 10/16/2012 | Email exchange with client re status of case. | DAL | 0.20 |
| 10/16/2012 | Review incoming Notice of Change of Address by John T. Seybert | DAL | 0.10 |
| 12/20/2012 | Review incoming Memorandum and Order | DAL | 0.50 |
| 12/20/2012 | Review incoming Memorandum and Order | LSK | 0.40 |
| 12/20/2012 | Review Memorandum and Order | EKG | 0.30 |
| 12/20/2012 | Telephone conference with client re Judge's Order. | DAL | 0.30 |
| 12/20/2012 | Analysis of Court's Memorandum and Order and begin draft Proposed Judgment. | DAL | 0.80 |
| 1/29/2013 | Draft Declaration in Support of Plaintiff's Motion for Attorneys Fees. | EKG | 1.60 |
| 1/29/2013 | Draft Declaration in Support of Plaintiff's Motion for Attorneys Fees. | LSK | 1.60 |
| 1/31/2013 | Draft Declaration in Support of Plaintiff's Motion for Attorneys Fees. | DAL | 1.80 |
| 2/4/2013 | Analysis of the Hardt, Chambless, Levitian, Cook and Geist decisions re attorneys fees and begin draft of Plaintiff's Motion. | DAL | 3.70 |
| 2/5/2013 | Complete draft of Motion for Attorneys Fees, setting forth all factors in support of Hardt and Chambless. | DAL | 3.20 |
| 2/15/2013 | Complete draft of proposed Judgment incorporating language and law provided by co-counsel. | DAL | 0.40 |
| 2/16/2013 | Analysis of file materials, email and telephone logs, and timesheets and prepare comprehensive spreadsheet with attorney fees incurred to date. | DAL | 3.60 |
| 3/20/2013 | Email exchange with client re status of case and necessary future action. | DAL | 0.30 |
| 3/26/2013 | Telephone conference with client re status. | DAL | 0.20 |
| 4/8/2013 | Analysis of and revise OC's Proposed Judgment and discuss with co-counsel. | DAL | 0.40 |
| 4/24/2013 | Research and analysis of caselaw re remand and court's retention of jurisdiction in order to respond to Court's request for briefing, and draft comprehensive correspondence re same. | DAL | 3.60 |
| 4/26/2013 | Revise Proposed Judgment pursuant to Court's instructions and forward to OC via email. | DAL | 0.20 |

**EXHIBIT A**

| DATE | DESCRIPTION | ATTY | HOURS |
|---|---|---|---|
| 4/29/2013 | Revise and supplement spreadsheet re time spent on case for inclusion in fee motion. | DAL | 0.90 |
| 4/30/2013 | Email exchange with co-counsel. | DAL | 0.20 |
| 5/3/2013 | Email exchange with co-counsel. | DAL | 0.20 |
| 5/12/2013 | Email exchange with client re status. | DAL | 0.30 |
| 5/29/2013 | Review letter from OC re extension and Court's Order | LSK | 0.20 |
| 6/6/2013 | Initial analysis of OC's Opp. To Motion for Fees, plan future action. | LSK | 0.60 |
| 6/6/2013 | Draft letter to Court re need for an extension and review signed Order. | LSK | 0.30 |
| 6/17/2013 | Begin analysis of case law cited by OC in Opp. And begin draft of Reply. | DAL | 3.20 |
| 6/18/2013 | Continue draft of Reply setting forth all Chambless factors met and setting forth case law in support. | DAL | 2.80 |
| 6/19/2013 | Research case law to counter OC's claim re timing and discuss results with DAL. | LSK | 1.10 |
| 6/19/2013 | Draft Affirmation in Support of Reply and argument re associate attorney. | LSK | 0.90 |
| 6/20/2013 | Supplement fee spreadsheet to include all time spent to date. | DAL | 0.30 |
| 6/20/2013 | Revise and supplement Reply. | LSK | 0.80 |

| Add atty/staff: | | | Hours | Rate | Fee |
|---|---|---|---|---|---|
| person 1: | **Atty** | time | | | |
| LSK | LSK | >0 | 17.8 | 600 | 10,680.00 |
| person 2: | **Atty** | | | | |
| EKG | EKG | >0 | 19.1 | 500 | 9,550.00 |
| person 3: | **Atty** | | | | |
| DAL | DAL | >0 | 126.2 | 500 | 63,100.00 |
| person 4: | **Atty** | | | | |
| DDA | DDA | >0 | 1.4 | 175 | 245.00 |
| | | TOTAL | 164.50 | | 83,575.00 |

**EXHIBIT A**