| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>DOMINIQUE DEMONCHAUX.<br><br>                              Plaintiff,<br><br>             -against-<br><br>UNITED HEALTHCARE OXFORD AND<br>OXFORD HEALTH PLANS (NY), INC.,<br><br>                            Defendants.<br>------------------------------------------------------------X | Civ. Act. No.: 10 CIV. 4491 (DAB) |

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on March 31, 2014, in favor of Plaintiff Dominique Demonchaux ("Demonchaux") and against Defendants United Healthcare Oxford and Oxford Health Plans (NY), Inc., for attorneys' fee and costs in the amount of $97,354.80 (Doc. 60), and said judgment thereon having been fully paid and satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall;

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Northridge, California
        April 29, 2014

| | |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 4/29/14 | Respectfully Submitted,<br><br>*/s/ Lisa S. Kantor*<br>LISA S. KANTOR (SBN 110678)<br>KANTOR & KANTOR, LLP<br>19839 Nordhoff Street<br>Northridge, California 91324<br>Telephone: (818) 886-2525<br>Facsimile:  (818) 350-6272<br>*Attorney for Plaintiff* |

| | |
|---|---|
| TO:<br><br>Scott M. Reimer (SR 5005)<br>Reimer & Associates, LLC<br>60 East 42nd Street, Suite 1750<br>New York, NY 10165<br>Telephone: (212) 297-0700<br>Facsimile:  (212) 297-0730<br>***Attorney for Plaintiff***<br><br>Michael H. Bernstein (MB 0579)<br>John T. Seybert (JS 5014)<br>Betsy D. Baydala (BB 5165)<br>Sedgwick LLP<br>125 Broad Street, 39th Floor<br>New York, NY 10004-2400<br>Telephone: (212) 422-0202<br>Facsimile: (212) 422-0925<br>***Attorneys for Defendant*** | |